**STATE of Missouri, Respondent,**

v.

**Ricky Pittman SMITH, III, Appellant.**

**ED 102721**

Missouri Court of Appeals,
Eastern District,
Division One.

Filed: August 30, 2016

Nathan J. Aquino, Assistant Attorney General, Jefferson City, MO, for respondent.

Rosalynn Koch, Columbia, MO, for appellant.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM.

Ricky Pittman Smith, III ("Defendant") was convicted by jury of one count of driving while intoxicated, in violation of Section 577.010, and, thereafter, sentenced to ten years' imprisonment as a chronic DWI offender. We affirm.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).